UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY MEE,

    Plaintiff,

-vs-                                          CASE NO.: 8:17-CV-01113-JSM-TGW

CAPITAL ONE BANK, N.A.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Jeffrey Mee, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:   Megan P. Stephens, Esq., Burr & Forman LLP, 420 N. 20th Street, Suite 3400, Birmingham, AL  35203 (mstephens@burr.com); Joshua H. Threadcraft, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL  35203 (jthreadcraft@burr.com; jcarlin@burr.com).

                                                                      /s/Frank H. Kerney, III, Esquire
                                                                      Frank H. Kerney, III, Esquire
                                                                      Florida Bar #: 88672
                                                                      Morgan & Morgan, Tampa, P.A.
                                                                      One Tampa City Center
                                                                      201 North Franklin Street, 7th Floor
                                                                      Tampa, FL 33602
                                                                      Telephone: (813) 223-5505
                                                                      Facsimile:  (813) 223-5402
                                                                      fkerney@forthepeople.com
                                                                      jkneeland@forthepeople.com
                                                                      mbradford@forthepeople.com
                                                                      Counsel for Plaintiff