UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY MEE,

    Plaintiff,

-vs-                                  CASE NO.: 8:17-CV-01113-JSM-TGW

CAPITAL ONE BANK, N.A.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jeffrey Mee, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of September, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Joshua H. Threadcraft, Esquire* |
| Frank H. Kerney, III, Esquire | Joshua H. Threadcraft, Esquire |
| Florida Bar#: 88672 | Florida Bar #: 96153 |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 420 North 20th Street, Suite 3400 |
| Tampa, FL 33602 | Birmingham, AL 35203 |
| Tele: (813) 223-5505 | Tele: (205) 251-3000 |
| Fax: (813) 223-5402 | Fax: (205) 413-8701 |
| Attorney for Plaintiff | jthreadcraft@burr.com |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:   Megan P. Stephens, Esq., Burr & Forman LLP, 420 N. 20th Street, Suite 3400, Birmingham, AL  35203 (mstephens@burr.com); Joshua H. Threadcraft, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL  35203 (jthreadcraft@burr.com; jcarlin@burr.com).

                                                                                */s/Frank H. Kerney, III, Esquire*
                                                                                Frank H. Kerney, III, Esquire
                                                                                Florida Bar #: 88672